No. 94–9556. WHITMORE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–9557. YOUNG v. WASHINGTON. C. A. 9th Cir. Certiorari denied.

No. 94–9558. CULKIN v. PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–9559. RIEMER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 94–9561. O'CONNELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9562. BRYANT v. PERRY, SECRETARY OF DEFENSE. C. A. 4th Cir. Certiorari denied.

No. 94–9563. GREENFIELD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9564. HIRANO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9565. GEDDIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9566. HASSAN v. WRIGHT, DIRECTOR, ILLINOIS DEPARTMENT OF PUBLIC AID. C. A. 7th Cir. Certiorari denied.

No. 94–9567. EUBANKS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–9568. SHIEH v. UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–9569. POUNDS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9570. BOMENGO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9571. CARTON v. MISSOURI PACIFIC RAILROAD CO. ET AL. C. A. 8th Cir. Certiorari denied.